IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| SHANNON CARVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:10-cv-959 |
| vs. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| NORTHSTAR LOCATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, SHANNON CARVER, by and through her attorney, M. Lynette Hartsell, and hereby notifies the Court that a settlement agreement has been reached between the parties. Plaintiff will file the appropriate Dismissal with the Court, subsequent to the final approval and exchange of documents between the parties.

Respectfully Submitted,

<u>/s/ M. Lynette Hartsell</u>
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
919-732-1277 (phone)
919-869-2829   (facsimile)
Lynette@AttyMLHartsell.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
919-732-1277 (phone)
919-869-2829 (facsimile)
Lynette@AttyMLHartsell.com