IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| SHANNON CARVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:10-cv-959 |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| NORTHSTAR LOCATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Now come the Plaintiff, SHANNON CARVER, and the Defendant, NORTHSTAR LOCATION SERVICES, LLC, by and through their respective attorneys, **and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,** hereby advise the Court that they have agreed to a dismissal of the above-captioned matter with prejudice.

Respectfully submitted,					Respectfully submitted,

/s/ M. Lynette Hartsell						/s/ Jon S. Player
M. Lynette Hartsell (9845)					Mr. Jon S. Player (36997)
Attorney for Plaintiff						Attorney for defendant
1010 Lakeview Drive						Hedrick, Gardner, Kincheloe &
Cedar Grove, NC 27231						Garofalo LLP
(919) 732-1277 (phone)						P.O. Box 30397
(919) 869-2829   (facsimile)					Charlotte NC 28230
Lynette@AttyMLHartsell.com					(704) 366-1101 (phone)
								(704) 366-6181 (facsimile)
								jplayer@hedrickgardner.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(919) 732-1277 (phone)
(919) 869-2829 (facsimile)
Lynette@AttyMLHartsell.com